JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAR 25 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY MCINTOSH, | NO. CV 08-1710 RGK (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| LEROY BACA, Los Angeles County Sheriff, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: MAR 25 2008, 2008.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE